THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO A. DE VITO, Appellant, *v.* HENRY D. SAYER, Industrial Commissioner of the State Department of Labor, Respondent.

*Civil service — veterans — abolishment of position — mandamus to compel reinstatement properly denied.*

*People ex rel. De Vito* v. *Sayer*, 199 App. Div. 962, affirmed.

(Argued April 18, 1922; decided May 2, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1921, which unanimously affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to reinstate the relator in the position of law clerk in the department of labor. The position of the relator, who was a veteran of the World War, was abolished by reason of economy, lack of appropriation therefor, and by reason of the transfer of the functions of the legal division from the department of labor to the office of the attorney-general. The relator contended that his removal was illegal as being in violation of section 22 of the Civil Service Law, as amended by Laws of 1920, chapter 833.

*Cornelius W. Wickersham* and *Paul H. Arthur* for appellant.

*Charles D. Newton, Attorney-General* (*Robert P. Beyer* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.